IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD WILLIAMS, | 1:09-cv-00131 GSA (PC) |
| Plaintiff, | ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | ( Doc. 7) |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

On April 30, 2009, plaintiff filed a motion to proceed in forma pauperis. Due to the fact that the court granted plaintiff's previous motion to proceed in forma pauperis in the present case on February 19, 2009, IT IS HEREBY ORDERED THAT plaintiff's motion of April 30, 2009, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated: **May 7, 2009**   /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE